UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CR. NO. 05-50120-03 |
| | * | |
| VS. | * | 18 U.S.C. § 371  Conspiracy |
| | * | 18 U.S.C. 1029 Access Device Fraud |
| JULIAN ALPHONSO BOLONOS ZUBIA, a/k/a | * | |
| JULIAN ALPHONSO BOLANOS ZUBIA | * | DISTRICT JUDGE HICKS |
| | * | MAGISTRATE JUDGE HORNSBY |

ORDER FOR SERVICE OF COPY OF
MOTION FOR JUDGMENT OF BOND FORFEITURE

On this date came on to be considered the Motion of the United States Attorney for entry of Judgment against the defendant, JULIAN ALPHONSO BOLONOS ZUBIA, a/k/a JULIAN ALPHONSO BOLANOS ZUBIA.

Pursuant to Rule 46(f)(3), Fed.R.Crim.Procedure, it is ordered that the said JULIAN ALPHONSO BOLONOS ZUBIA, a/k/a JULIAN ALPHONSO BOLANOS ZUBIA, be served with a copy of the Motion of the United States of America by serving the Clerk of Court as his agent, and requiring them to appear and answer herein within twenty days from the date of service. The Clerk shall forthwith mail copies of this motion to the defendant at his last known address and counsel of record James C. Stevens, attorney for the defendant in the above styled criminal case.

Signed and entered this the 14th day of November, 2007, in Shreveport, Louisiana.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE